Stanley Clarke, as Trustee of Associated Gas and Electric Company, Appellant, *v.* Adolph Greenberg et al., Respondents.

Submitted April 7, 1947; decided April 17, 1947.

Motion by respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 146.]

Edward Mayer, Appellant, *v.* Josef Weiss, Respondent.

Submitted April 7, 1947; decided April 17, 1947.

Motion for an order vacating and setting aside the order of the Court of Appeals, dated February 18, 1947, dismissing the appeal herein for failure to prosecute and permitting appellant herein to further prosecute this appeal, etc. granted, and order vacated on payment of $10 costs. Case set down for argument during May, 1947, session.